**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-4804**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

TERENCE JERELL HOUSTON,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge. (2:15-cr-00073-MSD-DEM-1)

Submitted: September 16, 2016    Decided: December 2, 2016

Before WILKINSON, NIEMEYER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jason A. Dunn, JASON A. DUNN, PLC, Virginia Beach, Virginia, for Appellant. Dana J. Boente, United States Attorney, Andrew Bosse, Benjamin L. Hatch, Assistant United States Attorneys, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terence Jerell Houston pled guilty to possession of a firearm by a convicted felon. The plea agreement reserved Houston's right to challenge the denial of his motion to suppress, and he does so on appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Houston</u>, No. 2:15-cr-00073-MSD-DEM-1 (E.D. Va. Sept. 2, 2015); (J.A. 159-61). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>